UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 26679
   JAMES A CANCHOLA
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-5900
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/05/05 and confirmed on 08/26/05.

2. The case was dismissed after confirmation, 01/11/2008.

3. The Debtor paid a total of $ 10000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CREDIT ACCEPTANCE CORP | SECURED | 10000.00 | 1075.84 | 5849.76 |
| ALL CONTROL ENTERPRISES | UNSECURED | NOT FILED | .00 | .00 |
| AT & T SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 1105.91 | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| GRAYSLAKE COMMUNITY H S | UNSECURED | NOT FILED | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| KENNETH BORCIA | UNSECURED | NOT FILED | .00 | .00 |
| MATTHEW J SWIATEK | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 2446.30 | .00 | .00 |
| ONYX ACCEPTANCE CORP | UNSECURED | 1311.51 | .00 | .00 |
| PAYDAY EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| RAINBOW ELECTRIC | UNSECURED | NOT FILED | .00 | .00 |
| ROUND LAKE BEACH | UNSECURED | NOT FILED | .00 | .00 |
| TDS METROCOM | UNSECURED | 355.10 | .00 | .00 |
| THE JUNGLE CYM | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| TRIAD FINANCIAL CORP | UNSECURED | 7789.08 | .00 | .00 |
| VALS AUTOMOTIVE | UNSECURED | 5352.60 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE CORP | UNSECURED | 389.26 | .00 | .00 |
| VILLAGE OF HAINESVILLE | UNSECURED | 134.43 | .00 | .00 |

Summary of disbursements:

---

```
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10000.00         .00     18884.19          .00     28884.19
PRINCIPAL PAID       5849.76         .00          .00          .00      5849.76
INTEREST PAID        1075.84         .00          .00          .00      1075.84
TOTAL PAID           6925.60         .00          .00          .00      6925.60
```

The Debtor's attorney, DAVID M SIEGEL                    , was allowed $   2700.00 and was paid $    2700.00 .

The Trustee received $    374.40 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE